NOT RECOMMENDED FOR PUBLICATION
File Name: 14a0369n.06

No. 13-2146

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 16, 2014
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| LAYLA DARYIOSH, et al., | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| TARGET CORPORATION, | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF MICHIGAN |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

BEFORE:    BATCHELDER, Chief Judge; BOGGS and WHITE, Circuit Judges.

**ALICE M. BATCHELDER, Chief Judge.**  In this diversity action, Appellant Layla Daryiosh alleges that she suffered multiple injuries when she slipped and fell on a puddle in Target's store in Warren, Michigan.  The district court granted Target's motion for summary judgment due to insufficient evidence of notice to support Daryiosh's claim of negligence.  After carefully reviewing the record, the applicable law, and the parties' briefs, we are convinced that the district court did not err in its conclusions.  The district court's opinion carefully and correctly sets out the law governing the issues raised and clearly articulates the reasons underlying its decision.  Thus, issuance of a full written opinion by this court would serve no useful purpose.  Accordingly, for the reasons stated in the district court's opinion, we AFFIRM.